# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED 05 APR 18 PM 4:0

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PENNY NEWMAN GRAIN CO., A CALIFORNIA CORPORATION, Plaintiff/Counterdefendant, v. THE COCHRAN CORPORATION, A TENNESSEE CORPORATION, Defendant/Counterclaimant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO: 04-2580-B |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal With Prejudice And For Disbursement Of Funds On Deposit entered on March 16, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

4/18/05
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 4-19-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-02580 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Philip E. Mischke
WYATT TARRANT & COMBS
1715 Aaron Brenner Drive
Suite 800
Memphis, TN 38120--436

T. Louis Coppedge
MAYNARD COOPER & GALE
1901 Sixth Ave., N.
Ste. 2400
Birmingham, AL 35203--260

Andrew H. Owens
OWENS & OWENS
214 Adams
Memphis, TN 38103

Philip E. Mischke
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Nicholas J. Owens
OWENS LAW FIRM
214 Adams Ave.
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT